# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 11-4934-cv

**Caption [use short title]**

**Motion for:** Permission to file appellee's appendix

Yoel Weisshaus v. The Port Authority of NY & NJ

**Set forth below precise, complete statement of relief sought:**

Request permission to file an appellee's appendix because the appendix filed by pro se Appellant was not agreed upon by the parties.

**MOVING PARTY:** The Port Authority of NY & NJ
- [ ] Plaintiff  [ ] Defendant
- [ ] Appellant/Petitioner  [✓] Appellee/Respondent

**OPPOSING PARTY:** Yoel Weisshaus

**MOVING ATTORNEY:** Kathleen G. Miller

**OPPOSING ATTORNEY:** Pro Se

[name of attorney, with firm, address, phone number and e-mail]

Office of James M. Begley
225 Park Ave. South, 13th Floor
New York, NY 10003
212-435-3434

Yoel Weisshaus
516 River Road #6
New Milford, NJ 07646
917-335-1933

**Court-Judge/Agency appealed from:** Southern District of New York/Honorable Loretta A. Preska, Chief Judge

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
[ ] Yes [✓] No (explain): Plaintiff is pro se.

Opposing counsel's position on motion:
[ ] Unopposed [ ] Opposed [✓] Don't Know

Does opposing counsel intend to file a response:
[ ] Yes [ ] No [✓] Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**

Has request for relief been made below?  [ ] Yes [ ] No
Has this relief been previously sought in this Court?  [ ] Yes [ ] No
Requested return date and explanation of emergency:

Is oral argument on motion requested?  [ ] Yes [✓] No  (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  [ ] Yes [✓] No  If yes, enter date:

**Signature of Moving Attorney:**
_[signature] Kathleen Miller_  Date: 6/22/12

Has service been effected?  [✓] Yes [ ] No [Attach proof of service]

## ORDER

**IT IS HEREBY ORDERED THAT** the motion is **GRANTED  DENIED**.

FOR THE COURT:
CATHERINE O'HAGAN WOLFE, Clerk of Court

Date: _____  By: _____

**Form T-1080**

*11-4934-cv*

UNITED STATES COURT OF APPEALS
for the
Second Circuit

YOEL WEISSHAUS,
 *Plaintiff-Appellee,*

              NOTICE OF MOTION

-v-

THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY,
 *Defendant-Appellant*

  Defendant-Appellee, the Port Authority of New York and New Jersey ("Port Authority") by its attorney, James M. Begley, respectfully moves this Court upon the Declaration of Kathleen Gill Miller dated June 22, 2012, to grant permission to file an Appellee's Appendix.

June 22, 2012
 New York, New York

              James M. Begley

              By: Kathleen Gill Miller, Esq.
              The Port Authority of New
              York and New Jersey
              225 Park Avenue South, 13 Fl.
              New York, NY 10003

To:
Yoel Weisshaus
*Pro Se* Appellant
516 River Road, Apt. 6
New Milford, NJ 07646-1900

*11-4934-cv*

UNITED STATES COURT OF APPEALS
for the
Second Circuit

YOEL WEISSHAUS,
    *Plaintiff-Appellee,*

                                  DECLARATION

-v-

THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY,
    *Defendant-Appellant*

---

Kathleen Gill Miller declares pursuant to 28 USC § 1746 as follows:

1. I am an attorney with the Office of James M. Begley, attorney for Defendant-Appellee The Port Authority of New York and New Jersey ("the Port Authority") in the above-referenced matter. I make this declaration in support of the Port Authority's motion for permission to file an Appellee's Appendix.

2. Pro Se Plaintiff-Appellant filed his brief on March 29, 2012, accompanied by an Appendix.

3. The Appendix filed by Plaintiff-Appellant was never agreed upon by the Port Authority prior to its filing.

4. As such, the Port Authority respectfully requests permission to file a short Appellee's Appendix to supplement the Appendix filed by Plaintiff-Appellant, with its brief due on June 27, 2012.

Dated: June 22, 2012

*Kathleen Gill Miller*

Kathleen Gill Miller, Esq.

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Yoel Weisshaus　　v.

The Port Authority of NY & NJ

**CERTIFICATE OF SERVICE**
Docket Number: 11-4934-cv

I, Edward W. Schroll, hereby certify under penalty of perjury that on 06/22/2012, I served a copy of Appellee's Motion for Permission to File Appellee's Appendix.
(name) (date)

(list all documents)

by (select all applicable)*

☐ United States Mail
☐ Federal Express
☑ Overnight Mail
☐ Facsimile
☐ E-mail
☐ Hand delivery

on the following parties (complete all information and add additional pages as necessary):

| Yoel Weisshaus | 516 River Road #6 | New Milford | NJ | 07646 |
|---|---|---|---|---|
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |

06/22/2012

Today's Date　　　　　　　　　　　　　　　Signature

*If different methods of service have been used on different parties, please indicate on a separate page, the type of service used for each respective party.

Certificate of Service Form