# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 27th day of June, two thousand and twelve.

Before:        Rosemary S. Pooler,
                      *Circuit Judge*.

_____

Yoel Weisshaus,

    *Plaintiff-Appellant*,              **ORDER**

    v.                                         Docket Number: 11-4934

Port Authority of New York and New Jersey, *et al.*,

    *Defendants-Appellees*.

_____

    IT IS HEREBY ORDERED that the appellee's motion for permission to file an appellee's appendix is granted in part, to the extent relevant materials which were before the district court were omitted from the appendix filed by the appellant. As to other materials included in the appellant's appendix, the appropriate response is for the appellees to file a motion to strike.

                                                 FOR THE COURT:

                                                 Catherine O'Hagan Wolfe,
                                                 Clerk of Court

